IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
Northern Division

| | |
|---|---|
| **UNITED STATES OF AMERICA,** : | |
| Plaintiff, : | |
| v. : | Civil Action No. |
| **One 2007 Acura RL,** : | |
| **VIN # JH4KB16617C001167** : | |
| Defendant. : | |
| : : : : : : : | |

## VERIFIED COMPLAINT FOR FORFEITURE

Plaintiff, the UNITED STATES OF AMERICA, by its attorneys, Rod Rosenstein, United States Attorney for the District of Maryland, and Stefan D. Cassella, Assistant United States Attorney, brings this complaint and alleges as follows in accordance with Supplemental Rule G(2) of the Federal Rules of Civil Procedure:

### NATURE OF THE ACTION

1. This is a civil forfeiture action against a vehicle involved in violations of the Controlled Substances Act that is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

### THE DEFENDANT *IN REM*

2. The defendant is One 2007 Acura RL, VIN # JH4KB16617C001167 (the "Defendant Vehicle") which was seized on November 28, 2012, from Carrie Anne Burke and Paul Elwood Ekstrom, Jr., and subsequently was placed in the custody of the Drug Enforcement Administration in the District of Maryland where it remains.

## JURISDICTION AND VENUE

3.  Plaintiff brings this action *in rem* in its own right to forfeit and condemn the Defendant Vehicle. This Court has jurisdiction over an action commenced by the United States under 28 U.S.C. § 1345, over an action for forfeiture under 28 U.S.C. § 1355(a), and over this particular action under 21 U.S.C. § 881.

4.  This court has *in rem* jurisdiction over the Defendant Vehicle under 28 U.S.C. § 1355(b).

5.  Venue is proper in this district pursuant to 28 U.S.C. § 1355(b)(1) because the acts or omissions giving rise to the forfeiture occurred in this district and pursuant to 28 U.S.C. § 1395 because the property is located in this district.

## BASIS FOR FORFEITURE

6.  The Defendant Vehicle is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4) as a vehicle used, or intended to be used, to transport, or in any manner facilitate the transportation, sale, receipt, possession, or concealment of controlled substances.

## FACTS

7.  The forfeiture is based upon, but not limited to, the evidence outlined in the attached Declaration of Dennis Maye, Special Agent of the Drug Enforcement Administration, which is incorporated herein by reference.

**WHEREFORE**, THE Plaintiff prays as follows:

1. That any person or persons having any interest therein be cited to appear herein and answer the Complaint;

2. That a Warrant of Arrest *in rem* issue to the United States Marshal commanding the arrest of the Defendant Vehicle;

3. That Judgment of Forfeiture be decreed against the Defendant Vehicle;

4. That upon Final Decree of Forfeiture, the United States Marshal dispose of the Defendant Vehicle according to law;

5. That the Plaintiff has such other and further relief as the case may require.

Dated: May 10, 2013

Respectfully submitted,

Rod J. Rosenstein
UNITED STATES ATTORNEY
District of Maryland

*/s/ Stefan D. Cassella*
Stefan D. Cassella
Assistant United States Attorney
36 South Charles Street
Fourth Floor
Baltimore, Maryland 21201
Tel: (410) 209-4800

## DECLARATION

This affidavit is submitted in support of a complaint for forfeiture of a **2007 Acura RL**. The vehicle was seized on the 28th day of November, 2012, from Paul Elwood EKSTROM Jr. at 9 Hyacinth Road, Baltimore, Maryland.

I, Dennis W. Maye, Special Agent of the Drug Enforcement Administration, submit that there are sufficient facts to support a reasonable belief that the **2007 Acura RL** constitutes a vehicle used, or intended to be used, to transport, or in any manner to facilitate the transportation, sale, receipt, possession, or concealment of controlled substances in violation of 21 U.S.C. § 841, and thus is subject to forfeiture pursuant to 21 U.S.C. § 881(a)(4).

a. During the months of February 2012 to November 2012, members of the Baltimore County Police Department, hereafter referred to as the BCPD, conducted an investigation into the illicit cocaine distribution scheme of Dwayne Booze ("Booze").

b. Through information gathered by confidential informants, surveillance, electronic data, controlled buys, and a court ordered wiretap, the BCPD was able to identify co-conspirators and the various roles they played in the criminal enterprise. The BCPD, through these investigative tools, identified Jermaine Jerod Brown ("Brown") as a cocaine source for Booze.

c. During the course of this investigation, the BCPD observed Paul Elwood Ekstrom Jr. ("Ekstrom") utilizing a 2007 Acura RL bearing Maryland tags 2CVV41 (the "Vehicle") to facilitate his drug trafficking efforts.

d. On November 28, 2012, the BCPD executed multiple search and seizure warrants in this investigation, including one at 9 Hyacinth Road, Parkville, Maryland, 21234.

e. Upon entry of the residence at 9 Hyacinth Road, the BCPD found Ekstrom, Carrie Anne Burke ("Burke"), and two juveniles, ages 17 and 11.

f. During a search of the master bedroom which is shared by Ekstrom and Burke, the BCPD located several marijuana smoking devices; rolling papers; marijuana; a grinder with residue; and a fake "Coke" can with a hidden compartment. Inside the can were two pills which were identified as Endocet and Oxycodone.

g. Also in the can was a bag containing an off-white substance. Ekstrom told investigators that the substance was hashish.

h. The 17 year old juvenile's purse contained marijuana.

i. The BCPD arrested Ekstrom and the 17 year old juvenile at the time of the search and seizure.

j.      The BCPD seized the Vehicle that was used by Ekstrom during this investigation to meet up with Booze.

k.      The Vehicle is listed through the Maryland Motor Vehicle Administration to Burke with an address of 7 Hyacinth Road; however, Burke actually lives at 9 Hyacinth Road.

l.      Those involved in illicit drug activity often utilize vehicles listed to other people in order to insulate them from law enforcement detection, and to protect their assets from being seized.

m.     A criminal history was conducted on Ekstrom and revealed a lengthy record with over 15 drug-related charges including: possession of a controlled dangerous substance, possession of marijuana, possession with intent to distribute, distribution of a controlled dangerous substance, distribution of marijuana, possession of drug paraphernalia, and conspiracy involving a controlled dangerous substance. At least 5 of the drug-related charges have resulted in a disposition of guilty by plea or conviction.


I DECLARE UNDER PENALTY OF PERJURY PURSUANT TO TITLE 28 U.S.C. § 1746 THAT THE FACTS SUBMITTED BY THE BALTIMORE COUNTY POLICE DEPARTMENT, IN REFERENCE TO THE SEIZURE OF A 2007 ACURA RL FROM PAUL ELWOOD EKSTROM JR. ARE ACCURATE, TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE, INFORMATION AND BELIEF.

_____

Dennis W. Maye

Special Agent

Drug Enforcement Administration

## VERIFICATION

I, Stefan D. Cassella, declare under penalty of perjury as provided by 28 U.S.C. § 1746, that the foregoing Verified Complaint for Forfeiture is based on reports and information furnished to me by the Drug Enforcement Administration and that everything contained therein is true and correct to the best of my knowledge and belief.

Dated: May 10, 2013

_____
Stefan D. Cassella
Assistant U.S. Attorney

**MEMORANDUM**

DATE:       May 13, 2013

TO:         Kristine Cupp
            U.S. Marshal Service

FROM:       Theresa Tepe,
            FSA Paralegal Specialist
            U.S. Attorney's Office - District of Maryland

RE:         **U.S. v. One 2007 Acura RL, VIN JH4KB16617C001167**

            **Civil Action No.**

            CATS ID 13-DEA-576519 – GD-13-0080

---

The United States has filed a forfeiture action against **One 2007 Acura RL, VIN JH4KB16617C001167** .  A copy of the Complaint for Forfeiture is attached.

Notice of this seizure will be published at www.forfeiture.gov pursuant to Rule G of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims.

Thank you.


Attachment

1

| U.S. Department of Justice<br>United States Marshals Service | | PROCESS RECEIPT AND RETURN | |
|---|---|---|---|
| PLAINTIFF<br>UNITED STATES OF AMERICA | | COURT CASE NUMBER | |
| DEFENDANT<br>One 2007 Acura RL, VIN JH4KB16617C001167 | | TYPE OF PROCESS<br>Verified Complaint in Rem | |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>GD-13-0080 / 13-DEA-576519 |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code) |

| SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW: | Number of process to be served with this Form - 285 |
|---|---|
| Theresa Tepe, FSA Paralegal Specialist<br>U.S. Attorney's Office<br>36 S. Charles Street, 4th floor<br>Baltimore, Maryland 21201 | Number of parties to be served in this case |
| | Check for service on U.S.A. |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

Arrest property. Fill in the date of arrest in this process receipt and return our copy.

| Signature of Attorney or other Originator requesting service on behalf of : | TELEPHONE NUMBER<br>410.209.4800 | DATE<br>5/13/13 |
|---|---|---|

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated.<br>(Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>No. ____ | District of Origin<br>No. ____ | District to Serve<br>No. ____ | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

| Name and title of individual served (If not shown above). | ☐ A person of suitable age and discretion then residing in the defendant's usual place of abode. | |
|---|---|---|
| Address (complete only if different than shown above) | Date of Service | Time ___ am ___ pm |
| | Signature of U.S. Marshal or Deputy | |

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|

REMARKS:

PRIOR EDITIONS MAY BE USED        SEND ORIGINAL + 2 COPIES to USMS.
1. CLERK OF COURT   2. USMS Record   3. Notice of Service   4. Billing Statement   5. Acknowledgment of Receipt